UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD J. NOMEJKO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Civil Action No. 2:17-cv-4025 (PAZ)<br><br>**Electronically Filed** |

**CONSENT ORDER FOR PAYMENT OF FEES
PURSUANT TO EQUAL ACCESS TO JUSTIC ACT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their undersigned counsel, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act ("EAJA") (28 U.S.C. § 2412) in the amount of **Seven Thousand Five Hundred dollars and 00/100 cents ($7,500.00) in attorney fees; Four Hundred dollars and 00/100 cents ($400.00) in costs; and Twenty dollars and 31/100 cents ($20.31) in expenses.** Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA. It is further agreed that fees are payable to Plaintiff, but that fees may be paid to Plaintiff's attorney, Patrick J. Best, Esquire, if Plaintiff does not owe a debt subject to offset under the Treasury Offset Program, inasmuch as Plaintiff has agreed to assign his rights to such fees to his attorney.

　　**AND,** the Court having reviewed this matter,

　　**IT IS** on this _____ day of _____, 2018;

　　**ORDERED** that Plaintiff be allowed an award under EAJA in the amount of **$7,500.00** in fees; **$400.00** in costs; and **$20.31** in expenses; and it is further

　　**ODERED** that the within matter, be and hereby is, **DISMISSED** with prejudice.

The undersigned hereby consent to the form and entry of the within order.

Respectfully submitted,

CRAIG CARPENITO
Acting United States Attorney

BY: */s/ David Leach*
DAVID LEACH
Special Assistant U.S. Attorney

By: */s/ Patrick J. Best*
PATRICK J. BEST
Attorney for Plaintiff

SO ORDERED:

DATED:

_____
PAUL A. ZOSS, U.S.M.J.